IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROGER MITCHELL and
BILLIE ANN MITCHELL                                                   PLAINTIFFS

V.                                        CIVIL ACTION NO. 1:10CV116-SA-JAD

STATE FARM FIRE AND CASUALTY CO.                                       DEFENDANT

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [17] is GRANTED; and

(2) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 29th day of June, 2011.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**